**Order entered June 29, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01111-CV

### CITY OF DALLAS, Appellant

### V.

### KATHERINE V. HOMAN, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02758**

## ORDER

Before the Court is appellee's June 28, 2021 unopposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 2, 2021. Because the brief was first due May 3, 2021, we caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE